■ In the Matter of DEBORAH L. ROFFMAN, an Attorney, Resignor. [711 NYS2d 373] —Voluntary resignation accepted and name removed from roll of attorneys (see, Matter of Manown, 240 AD2d 83). Present—Pine, J. P., Hayes, Wisner, Hurlbutt and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND J. DUMAS, Appellant. [711 NYS2d 368] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Pine, Hurlbutt, Balio and Lawton, JJ. (Filed May 15, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNY FELTON, Appellant. [711 NYS2d 369] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wayne County Court, Kehoe, J.—Criminal Sale Controlled Substance, 3rd Degree.) Present—Green, J. P., Hayes, Hurlbutt, Scudder and Lawton, JJ. (Filed June 5, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAMON MARTINEZ, Appellant. [711 NYS2d 803] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Bristol, J.— Criminal Sale Controlled Substance, 1st Degree.) Present— Pine, J. P., Hayes, Hurlbutt, Kehoe and Lawton, JJ. (Filed May 31, 2000.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS ROSADO, Appellant. [711 NYS2d 368] —Judgment. unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Wyoming County Court, Griffin, J.—Attempted Assault, 2nd Degree.) Present—Pine, J. P., Hayes, Hurlbutt, Kehoe and Lawton, JJ. (Filed May 31, 2000.)